JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RICHARD W. HILL,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A., Successor Trustee to Bank of America, N.A., as Trustee on Behalf of Holders of the WAMU Mortgage Pass-Through Certificates, Series 2007-0A6; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; CREDIT SUISSE FIRST BOSTON INC.,<br><br>    Defendants. | Case No. EDCV 19-110 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's Second Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: August 2, 2019

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge